**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Dewain Maxwell, Appellant.

Appellate Case No. 2010-158667

———————————

Appeal From Charleston County
J. C. Nicholson, Jr., Circuit Court Judge

———————————

Unpublished Opinion No. 2012-UP-513
Submitted August 1, 2012 – Filed September 5, 2012

———————————

**AFFIRMED**

———————————

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Mark R. Farthing, all of Columbia; and Solicitor Scarlett A. Wilson, of Charleston, for Respondent.

———————————

**PER CURIAM:** Dewain Maxwell appeals the transfer of his case from family court to general sessions court, arguing the family court's order lacks reasonable factual support. We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: *Kent v. United States*, 383 U.S. 541, 566-67 (1966) (listing eight factors a family court must consider when determining whether to transfer a juvenile case to general sessions); *State v. Jones*, 392 S.C. 647, 653, 709 S.E.2d 696, 699 (Ct. App. 2011) ("The decision to transfer jurisdiction lies within the discretion of the family court, and the appellate court will affirm the family court's decision absent an abuse of discretion.").

**AFFIRMED.**

**FEW, C.J., and WILLIAMS and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.